**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX  76180-6608**
**(817) 770-8500**
**FAX (817) 770-8508**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NUMBER: 17-44534-MXM** |
| **TILISA SOPHIA TAVO** | § | |
| | § | **CHAPTER 13** |
| | § | |
| **DEBTOR,** | § | **JUDGE MARK X MULLIN** |
| | § | |

**MOTION TO DISMISS WITH CERTIFICATION OF SERVICE AND NOTICE OF HEARING THEREON**
**(IRS RETURN)**

Now comes Tim Truman, Standing Chapter 13 Trustee and files this motion pursuant to Section 1307 (c) of the Bankruptcy Code and Bankruptcy Rule 9014, and would respectfully show unto the Court as follows:  This case should be **DISMISSED** for the following cause(s):

Debtor has failed to deliver to the Trustee, or file with the court, a copy of their  2017 tax return as required by Section 521 (f)(1) of the Bankruptcy Code, and Debtor has failed to cooperate with the Trustee as necessary to enable the Trustee to perform the Trustee's duties under Title 11 Section 1302 (b) as required by Section 521(a)(3).

   **WHEREFORE**, your Trustee prays that after notice and hearing, this Chapter 13 case  be  **DISMISSED**.

Respectfully submitted,

/s/ Tim Truman

Tim Truman, Standing Chapter 13 Trustee
State Bar No. 20258000
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500

**NOTICE OF HEARING TO THE DEBTOR AND DEBTOR'S ATTORNEY OF RECORD:**

You are notified of the filing of the foregoing Trustee's Motion.  **A pre-hearing conference on the Trustee's Motion will be held on Friday, June 15, 2018 at 10:00 AM by the Trustee at 6851 N.E. Loop 820, Suite 300, Third floor, N. Richland Hills, TX  76180-6608.**  Any objection or response to the proposed **MOTION** not resolved or defaulted at the pre-hearing conference will be heard by the Court at 8:30 AM, on **June 21, 2018,** at **128 U.S. Courthouse, 10th and Lamar St., Fort Worth, Texas.  YOU DO NOT HAVE TO ATTEND THE TRUSTEE'S PRE-HEARING CONFERENCE OR THE COURT HEARING UNLESS YOU OPPOSE DISMISSAL OF THE CASE.**

17-44534-MXM                                                                                            TILISA SOPHIA TAVO

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Trustee's "Motion to Dismiss with Certificate of Service and Notice of Hearing Thereon" was served on the parties listed below in the manner listed below on or before May 07 , 2018.

**BY FIRST CLASS MAIL:**

TILISA SOPHIA TAVO,  8120 Trinity Vista Trail,  Hurst, TX  76053-0000

**BY ELECTRONIC SERVICE:**

LEE LAW FIRM PLLC, 8701 BEDFORD EULESS RD STE 510, HURST, TX  76053
SYNCHRONY BANK, C/O PRA RECEIVABLES MANAGEMENT, PO BOX 41021, NORFOLK, VA  23541
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX  75207
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

                                                                           /s/ Tim Truman

                                                                          Tim Truman, Trustee/State Bar No. 20258000